No. 03–9347. HERRERA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9354. FLEMING *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9355. GRAYDON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9356. HESS, AKA HEB *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9364. BOWENS, AKA MCCURDY, AKA JOHNSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–9365. BEMIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9366. MONDRAGON-SOTO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9367. LOPEZ-CASTANEDA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9369. TOPETE-PLASCENCIA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–9371. HOPKINS ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–9374. HERNANDEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–9377. GREY, AKA GRAY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–9379. HUNDLEY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–9381. MOLINA-RODRIGUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9382. MEDINA-SALINAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9384. CERA-GONZALEZ *v.* UNITED STATES (Reported below: 82 Fed. Appx. 914); FEGURACION-MARTINEZ *v.* UNITED

STATES (82 Fed. Appx. 920); HERNANDEZ-REYES v. UNITED STATES (82 Fed. Appx. 881); LAVARIEGA-LAVARIEGA v. UNITED STATES (84 Fed. Appx. 388); MORALES-ESCALERA v. UNITED STATES (82 Fed. Appx. 955); MORALES-MARTINEZ, AKA SANCHEZ FLORES, AKA SANCHEZ, AKA SILVA, AKA LANDEROS, AKA FLORES SANCHEZ v. UNITED STATES (82 Fed. Appx. 903); OSORTO-LAGOS v. UNITED STATES (82 Fed. Appx. 954); QUINTERO-CRUZ v. UNITED STATES (82 Fed. Appx. 930); SAUCEDO-FLORES, AKA VALDEZ, AKA NAVA v. UNITED STATES (83 Fed. Appx. 606); URIAS-MELENDEZ v. UNITED STATES (82 Fed. Appx. 883); ELIAS VERA v. UNITED STATES (82 Fed. Appx. 931); YANEZ-GONZALEZ, AKA GONZALEZ-YANEZ v. UNITED STATES (82 Fed. Appx. 884); and SANDRES-MEDINA v. UNITED STATES (82 Fed. Appx. 917). C. A. 5th Cir. Certiorari denied.

No. 03–9386. ESQUIVEL-ROMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9387. CRUZ-BOLANOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9388. CURTIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9389. ESQUIVAL-SALAZAR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9392. HOWARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9394. MORGAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–9395. WILLIAMS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–9396. ZAMORA-QUINTANILLA v. UNITED STATES; TINAJERO-REYES, AKA TINAJERO REYES v. UNITED STATES; GARCIA-REYES v. UNITED STATES; GARCIA-CAMACHO v. UNITED STATES; WILLIAMS v. UNITED STATES; VILLARREAL v. UNITED STATES; and DE LA CRUZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.